# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-2429

_____

United States of America

*Plaintiff - Appellee*

v.

George Corbett, also known as Little G

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted:  January 22, 2016
Filed: January 27, 2016
[Unpublished]

_____

Before WOLLMAN, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

George Corbett appeals after the district court[1] denied him a sentence reduction under 18 U.S.C. § 3582(c)(2).  In declining to reduce Corbett's sentence, the district

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

court found that a reduction was not warranted in light of his lengthy criminal history, the likelihood of recidivism, and the risk to public safety presented by his prison conduct. We conclude that there is no basis for reversal, as the district court's finding that a reduction was not warranted was not an abuse of discretion. See Dillon v. United States, 560 U.S. 817, 827 (2010) (§ 3582(c) authorizes district court to reduce sentence by applying amended Guidelines range as it if were in effect at time of original sentencing, and leaving all other Guidelines determinations intact as previously determined); United States v. Long, 757 F.3d 762, 763 (8th Cir. 2014) (de novo review of whether § 3582(c)(2) authorizes modification, and abuse-of-discretion review of decision whether to grant authorized § 3582(c)(2) modification). The judgment is affirmed, see 8th Cir. R. 47B, and counsel's motion to withdraw is granted.

_____